| | |
|---|---|
| TOM LARMORE | ROBERT D. VANNAH |
| Nevada Bar No. 7415 | Nevada Bar No. 002503 |
| tlarmore@hineshamptonllp.com | **VANNAH & VANNAH** |
| CHRISTINE M. EMANUELSON | 400 S. Fourth Street, 6th Floor |
| Nevada Bar No. 10143 | Las Vegas, NV 89101 |
| cemanuelson@hineshamptonllp.com | Tel: (702) 369-4161 |
| BRIAN PELANDA | Fax: (702) 369-0104 |
| Pro Hac Vice, California Bar No. 278453 | rvannaah@vannahlaw.com |
| bpelanda@hineshamptonllp.com | |
| **HINES HAMPTON LLP** | PAUL D. POWELL |
| 6952 Encore Way | Nevada Bar No. 7488 |
| Las Vegas, NV 89119 | **THE POWELL LAW FIRM** |
| Tel.: (702) 933-7829 | 6785 West Russell Road, Second Floor |
| Fax: (702) 974-1709 | Las Vegas, NV 89118 |
| | Tel: (702) 728-5500 |
| Attorneys for Plaintiff/Cross-Defendant | Fax: (702) 430-6628 |
| AMCO INSURANCE COMPANY | paul@TPLF.com |
| | |
| | Attorneys for Defendant Michele Paunessa-Bacon and Christopher L. Bacon |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMCO INSURANCE COMPANY, an Iowa Corporation, | CASE NO.: 2:16-cv-00543-JAD-PAL |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR AN ORDER SUBSTITUTING CHRISTOPHER L. BACON INTO THIS ACTON AS A DEFENDANT AND COUNTER-CLAIMANT IN PLACE OF THOMAS BACON** |
| THOMAS BACON, an individual, MICHELE PAUNESSA-BACON, an individual, | |
| Defendants, | |
| THOMAS BACON, an individual, | [Rule 25(a)(1)] |
| Counter-Claimant, | |
| vs. | |
| AMCO INSURANCE COMPANY, an Iowa Corporation, | |
| Counter-Defendant, | |

1

JOINT MOTION FOR ORDER SUBSTITUTING CHRSTOPHER BACON IN AS A PARTY

Plaintiff/Counter-Defendant AMCO Insurance Company ("AMCO"), Defendant Michele Paunessa-Bacon, and non-party Christopher L. Bacon hereby submit the following Joint Motion pursuant to Rule 25 for an Order substituting Christopher L. Bacon into this action as a defendant and counter-claimant in his capacity as the Special Administrator for the Estate of Thomas Bacon.

## I. SUMMARY OF THE FACTS.

1. Thomas Bacon, one of the Defendants and the sole Counterclaimant in this action, died on November 5, 2016.

2. On March 7, 2017, Christopher L. Bacon filed a petition in the District Court for Clark County, Nevada to be appointed as the Special Administrator of Thomas Bacon's estate.

3. On April 5, 2017, the District Court issued an Order granting letters of special administration for the Estate of Thomas Lee Bacon to Christopher L. Bacon. According to that Order, the District Court granted Christopher Bacon the powers enumerated in N.R.S. 140.040. A true and correct copy of the forgoing Order is attached hereto as **Exhibit A**.

## II. CHRISTOPHER BACON SHOULD BE SUBSTITUTED IN TO THIS ACTION.

### A. The Standard for Substitution.

4. "If a party dies and the claim is not extinguished, the court may order substitution of the proper party." Fed. R. Civ. P. 25(a)(1). "A motion for substitution may be made by any party or by the decedent's successor or representative." Id. "[A] timely motion brought by the Administratrix of a deceased party is within the terms of the Rule's operation." Boggs v. Dravo Corp., 532 F.2d 897, 900 (3d Cir. 1976). See also F.T.C. v. AMG Services, Inc., 2014 WL 2742872 at *2 (D. Nev., June 17, 2014) (holding that the executor of a deceased party's estate is a "proper party" under Rule 25).

5. "The estate of a deceased party is not a proper party under Rule 25. . . . A proper party under Rule 25 must be a legal representative of the deceased." Natale v. Country Ford Ltd., 287 F.R.D. 135, 137 (E.D.N.Y. 2012).

6. Upon a substitution made under Rule 25, "[t]he substituted party steps into the same position as original party." Hilao v. Estate of Marcos, 103 F.3d 762, 766 (9th Cir. 1996).

JOINT MOTION FOR ORDER SUBSTITUTING CHRSTOPHER BACON IN AS A PARTY

### B. Christopher L. Bacon is a "Proper Party" to be Substituted into this Action in Place of Thomas Bacon.

7. Under Nevada law, there are several circumstances under which a court must appoint a special administrator to collect and take charge of a decedent's estate. See N.R.S. 140.010.

8. Under N.R.S. 140.040(2)(a), the special administrator of an estate may "maintain or defend actions and other legal proceedings as a personal representative."

9. In this case, the District Court of Nevada appointed Christopher L. Bacon to be the Special Administrator for the Estate of Thomas Lee Bacon, with "the powers enumerated in N.R.S. 140.040."

10. As a result, Christopher L. Bacon has the power to "maintain or defend" this action as a "personal representative" of the Estate of Thomas Bacon. See Trustees of Bricklayers & Allied Craftworkers Local 13 Defined . . . v. Jim Bird Title & Marble, et al., 2012 WL 760732 at * 1 (D. Nev., March 8, 2012) (ordering that the deceased defendant's wife be substituted in as defendant to the action, but only in her capacity as the Special Administrator for his estate and not in her individual capacity).

### III. CONCLUSION.

11. The parties to this stipulation request that Christopher L. Bacon be substituted in as a party to this action as a Defendant and as the sole Counter-claimant in place of Thomas Bacon, but only in his capacity as the Special Administrator for the Estate of Thomas Bacon.

12. The parties acknowledge that as a result of the requested substitution, Christopher L. Bacon shall "step[] into the same position as [Thomas Bacon]" stood in this action prior to his death. Hilao, 103 F.3d at 766.

13. To accommodate Christopher L. Bacon's substitution into this action, the parties further request that the Court amend the existing case schedule as follows:

| | |
|---|---|
| **Discovery Cut-Off** | From June 30, 2017 to August 31, 2017 |
| **Dispositive Motion Filing Date** | From July 28, 2017 to September 28, 2017 |
| **Pretrial Order** | From August 29, 2017 to October 27, 2017 |

JOINT MOTION FOR ORDER SUBSTITUTING CHRSTOPHER BACON IN AS A PARTY

| | | |
|---|---|---|
| Dated: May 26, 2017 | | HINES HAMPTON LLP |

/s/ *Brian Pelanda*
Christine M. Emanuelson
Brian Pelanda
Attorneys for Plaintiff/Counter-defendant
AMCO INSURANCE COMPANY

Dated: May 26, 2017     VANNAH & VANNAH /
THE POWELL LAW FIRM

/s/ *Robert D. Vannah*
Robert D. Vannah
Paul D. Powell
Attorneys for Michele Paunessa-Bacon and
Christopher L. Bacon

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  June 2, 2017

ATTESTATION OF CONCURRENCE IN FILING

I hereby attest and certify that on May 23, 2017, I received concurrence from counsel for Michele Paunessa-Bacon and Christopher L. Bacon, Robert Vannah, to file this document with his electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 23, 2017.

/s/ *Brian Pelanda*
Brian Pelanda

4

JOINT MOTION FOR ORDER SUBSTITUTING CHRSTOPHER BACON IN AS A PARTY

CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2017, I electronically filed the foregoing document or paper with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 26, 2017.

Ayvette Hernandez

**Electronic Mail Notice List**

Mark L. Jackson- mjackson@vannahlaw.com
Paul D Powell- paul@tplf.com
Robert D. Vannah – rvannah@vannahlaw.com