UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AMCO INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br>v.<br>THOMAS BACON, et al.<br><br>　　　　　Defendants. | Case No. 2:16-cv-00543-JAD-PAL<br><br>ORDER<br><br>(Subst Atty – ECF No. 37) |

This matter is before the court on the Substitution of Attorneys (ECF No. 37). Whitney C. Wilcher of Hines Hampton, LLP seeks leave to be substituted in the place of Thomas Larmore for Plaintiff AMCO Insurance Company. LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 37) is **GRANTED**.
2. Whitney C. Wilcher of Hines Hampton, LLP is substituted in the place of Thomas Larmore for Plaintiff AMCO Insurance Company, subject to the provisions of LR IA 11-6(c) and (d).

DATED this 11th day of August, 2017.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE