PAUL D. POWELL, ESQ.
Nevada Bar No. 7488
THE POWELL LAW FIRM
6785 West Russell Road, Second Floor
Las Vegas, Nevada 89118
Tel: (702) 728-5500
Fax: (702) 430-6628
Email: paul@TPLF.com
*Attorneys for Defendants/Counter-Claimant*

ROBERT D. VANNAH, ESQ.
Nevada Bar No. 2503
VANNAH & VANNAH
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
Telephone: (702) 369-4161
Facsimile: (702) 369-0104
Email: rvannah@vannahlaw.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMCO INSURANCE COMPANY, an Iowa Corporation,<br><br>Plaintiff,<br>vs.<br><br>THOMAS BACON, an individual, MICHELE PAUNESSA-BACON, an individual,<br><br>Defendants. | Case No.: 2:16-cv-00543-JAD-PAL<br><br>**STIPULATION AND ORDER EXNTENDING THE DUE DATE FOR DEFENDANTS'/COUNTER-CLAIMANT'S OPPOSITION TO AMCO INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>ECF No. 49 |
| THOMAS BACON, an individual,<br><br>Counter-Claimant,<br>vs.<br><br>AMCO INSURANCE COMPANY, an Iowa Corporation,<br><br>Counter-Defendant. | |

IT IS HEREBY STIPULATED by and between Christopher Bacon (in his capacity as the Special Administrator for the Estate of Thomas Bacon), by and through his counsel of record, Robert D. Vannah, Esq., of the law firm of Vannah & Vannah, and Paul D. Powell, Esq., of The Powell Law Firm, and Amco Insurance Company by and through their counsel of record Brian Pelanda, Esq., of the law firm Hines Hampton LLP, that the due date for Defendants'/Counter-Claimant's Opposition to Amco Insurance Company's Motion for Summary Judgment, or in the Alternative Partial Summary Judgment be extended three weeks from March 6, 2018 to March 27, 2018.

Dated this ___28th___ day of February, 2018.

THE POWELL LAW FIRM

/s/ PAUL POWELL
Paul D. Powell, Esq.
Nevada Bar No. 7488
6785 West Russell Road, Second Floor
Las Vegas, Nevada 89118
Tel: (702) 728-5500
Fax: (702) 430-6628
Email: paul@TPLF.com

ROBERT D. VANNAH, ESQ.
Nevada Bar No. 2503
VANNAH & VANNAH
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
Telephone: (702) 369-4161
Facsimile: (702) 369-0104
Email: rvannah@vannahlaw.com
*Attorneys for Defendants/Counter-Claimant*

Dated this ___28th___ day of February, 2018.

HINES HAMPTON LLP

/s/ BRIAN PELANDA
Brian Pelanda, Esq.
Pro Hac Vice, California Bar No. 278453
34 Executive Park, Suite 260
Irvine, California 92614
Tel.: (714) 513-1122 ext. 330
Fax: (714) 242-9529
bpelanda@hineshamptonllp.com

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer Dorsey
March 7, 2018