WHITNEY C. WILCHER
Nevada Bar No. 7212
wwilcher@hineshamptonllp.com
CHRISTINE M. EMANUELSON
Nevada Bar No. 10143
cemanuelson@hineshamptonllp.com
BRIAN PELANDA
Pro Hac Vice, California Bar No. 278453
bpelanda@hineshamptonllp.com
**HINES HAMPTON LLP**
400 South 4th Street, Suite 500
Las Vegas, NV 89101
Tel.: (702) 933-7829
Fax: (702) 974-1709

Attorneys for Plaintiff/Cross-Defendant
AMCO INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMCO INSURANCE COMPANY, an Iowa Corporation, | CASE NO.: 2:16-cv-00543-JAD-PAL |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| THOMAS BACON, an individual, MICHELE PAUNESSA-BACON, an individual, | |
| Defendants, | |
| THOMAS BACON, an individual, | |
| Counter-Claimant, | |
| vs. | |
| AMCO INSURANCE COMPANY, an Iowa Corporation, | |
| Counter-Defendant, | |

1

TO THE COURT, THE COURT CLERK, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that the parties reached a settlement of this entire action on August 10, 2018.

The settlement will be final following completion of the confidential settlement terms and the filing of a dismissal, which the parties anticipate will be filed within the next forty-five (45) days.

Dated this 17th day of August 2018

HINES HAMPTON LLP

/s/ *Brian Pelanda*
Whitney C. Wilcher
Christine M. Emanuelson
Brian Pelanda
Attorneys for Plaintiff/Counter-defendant
AMCO INSURANCE COMPANY

**IT IS ORDERED** that the settling parties shall have until **October 1, 2018**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: August 21, 2018

Peggy A. Leen
United States Magistrate Judge

NOTICE OF SETTLEMENT

CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2018, I electronically filed the foregoing document or paper with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted below under the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 17, 2018.

/s/ *Brian Pelanda*
Brian Pelanda

**Electronic Mail Notice List**

Robert D. Vannah – rvannah@vannahlaw.com
Paul D Powell- paul@tplf.com
Mark L. Jackson- mjackson@vannahlaw.com

3

NOTICE OF SETTLEMENT