UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| AMCO INSURANCE COMPANY, | Case No. 2:16-cv-00543-JAD-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| CHRISTOPHER L. BACON, et al. | |
| Defendants. | |

This matter is before the court on the parties' failure to comply with this court's Order (ECF No. 57).

On August 17, 2018, plaintiff filed a Notice of Settlement (ECF No. 56) advising the court of a settlement of the entire action and advising the court that a stipulation to dismiss would be filed within 45 days. On August 21, 2018, the court entered an Order (ECF No. 57), giving the parties until **October 1, 2018,** to either file a stipulation to dismiss with prejudice, or to file a joint status report advising when the stipulation would be filed. On September 20, 2018 Judge Dorsey denied a pending Motion for Summary Judgment (ECF No. 48) without prejudice based upon the parties' representation a settlement had been reached. To date, the parties have neither filed a stipulation to dismiss with prejudice, nor a joint status report as ordered or requested an extension of time to do so. Accordingly,

**IT IS ORDERED** that the parties shall have until **November 28, 2018** to either file the stipulation to dismiss with prejudice, or the joint pretrial order.

DATED this 14th day of November 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1