| | |
|---|---|
| WHITNEY C. WILCHER<br>Nevada Bar No. 7212<br>wwilcher@hineshamptonllp.com<br>CHRISTINE M. EMANUELSON<br>Nevada Bar No. 10143<br>cemanuelson@hineshamptonllp.com<br>BRIAN PELANDA<br>Pro Hac Vice, California Bar No. 278453<br>bpelanda@hineshamptonllp.com<br>**HINES HAMPTON LLP**<br>6952 Encore Way<br>Las Vegas, NV 89119<br>Tel.: (702) 933-7829<br>Fax: (702) 974-1709<br><br>Attorneys for Plaintiff/Cross-Defendant,<br>AMCO INSURANCE COMPANY | ROBERT D. VANNAH<br>Nevada Bar No. 002503<br>**VANNAH & VANNAH**<br>400 S. Fourth Street, 6th Floor<br>Las Vegas, NV 89101<br>Tel: (702) 369-4161<br>Fax: (702) 369-0104<br>rvannaah@vannahlaw.com<br><br>PAUL D. POWELL<br>Nevada Bar No. 7488<br>**THE POWELL LAW FIRM**<br>6785 West Russell Road, Second Floor<br>Las Vegas, NV 89118<br>Tel: (702) 728-5500<br>Fax: (702) 430-6628<br>paul@TPLF.com<br><br>Attorneys for Defendants, Michele<br>Paunessa-Bacon and Christopher L.<br>Bacon |

# THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMCO INSURANCE COMPANY,<br>an Iowa Corporation,<br><br>           Plaintiff,<br>vs.<br><br>THOMAS BACON, an individual,<br>MICHELE PAUNESSA-BACON,<br>an individual,<br><br>           Defendants. | CASE NO.: 2:16-cv-00543-JAD-PAL<br><br>**STIPULATION AND ORDER<br>DISMISSING ACTION**<br><br>ECF No. 60 |
| THOMAS BACON, an individual,<br><br>           Counter-Claimant,<br>vs.<br><br>AMCO INSURANCE COMPANY, an<br>Iowa Corporation,<br><br>           Counter-Defendant. | |

1
STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

**TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF NEVADA, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff/Counter-Defendant AMCO Insurance Company and Defendants/Counter-Defendant Christopher L. Bacon (in his capacity as the Special Administrator for the Estate of Thomas Bacon) and Michele Paunessa-Bacon, by and through their attorneys of record, having entered into a written confidential settlement agreement, and pursuant to *Federal Rules of Civil Procedure* 41(a), hereby stipulate and agree to dismiss the above-captioned case in its entirety with prejudice.

The parties have agreed that each side shall bear its own costs and fees.

Dated: November 26, 2018　　　HINES HAMPTON LLP

/s/ *Brian Pelanda*
Christine M. Emanuelson
Brian Pelanda
Attorneys for Plaintiff/Counter-defendant
AMCO INSURANCE COMPANY

Dated: November 26, 2018　　　VANNAH & VANNAH /
THE POWELL LAW FIRM

/s/ *Robert D. Vannah*
Robert D. Vannah
Paul D. Powell
Attorneys for Michele Paunessa-Bacon and
Christopher L. Bacon

### ORDER

Based on the parties' stipulation **[ECF No. 60]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 27, 2018